# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Richard Delgiorno

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Pennsylvania, Philadelphia Division

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☑ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

On or about November 12, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I: Strict Products Liability – Manufacturing Defect
- ☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III: Strict Products Liability – Design Defect
- ☑ Count IV: Negligence – Design
- ☑ Count V: Negligence – Manufacture
- ☑ Count VI: Negligence – Failure to Recall/Retrofit
- ☑ Count VII: Negligence – Failure to Warn

☑   Count VIII:   Negligent Misrepresentation

☑   Count IX:    Negligence *Per Se*

☑   Count X:     Breach of Express Warranty

☑   Count XI:    Breach of Implied Warranty

☑   Count XII:   Fraudulent Misrepresentation

☑   Count XIII:  Fraudulent Concealment

☑   Count XIV:   Violations of Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:    Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

☑   Punitive Damages

☐   Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☑   Yes

☐   No

RESPECTFULLY SUBMITTED this 9th day of February, 2018

**LOPEZ McHUGH LLP**

By: /s/ Matthew R. Lopez
　　Ramon Rossi Lopez (CA Bar No. 86361)
　　　(admitted *pro hac vice*)
　　Matthew Ramon Lopez (CA Bar No. 263134)
　　　(admitted *pro hac vice*)
　　100 Bayview Circle, Suite 5600
　　Newport Beach, California 92660

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　/s/Matthew R. Lopez